USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAITLIN GELLES,

                           Plaintiff,

                v.

SINTECMEDIA, NYC, INC. d/b/a OPERATIVE, LORNE BROWN, LANCE RONCALLI, JASON WITT, AMOTZ YARDEN, and ADORAM YARDEN,

                           Defendants.

No.   21-CV-8578 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On September 28, 2021, Plaintiff commenced this action in the Supreme Court of the State of New York by filing a Summons with Notice. On the basis of this Summons, Defendants removed the action to this Court on October 19, 2021, before Plaintiff had filed or served her Complaint. *See Whitaker v. Am. Telecasting, Inc.*, 261 F.3d 196, 204-05 (2d Cir. 2001).

      Accordingly, Plaintiff must file her Complaint no later than November 19, 2021 and serve it no later than February 17, 2022. Defendants shall file an answer or other response no later than 21 days after being served with the Complaint.

SO ORDERED.

Dated:    October 29, 2021
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge