# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 631-247-4650
MY EMAIL ADDRESS IS: HEATHER.HULKOWER@JACKSONLEWIS.COM

February 24, 2022

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

        Re:    Gelles v. SintecMedia, NYC, Inc. et al
               Case No. 1:21-cv-08578-RA

Dear Judge Abrams:

      As counsel for Defendants SintecMedia, NYC, Inc., d/b/a Operative, Lorne Brown, Lance Roncalli and Jason Witt, we are writing pursuant to Rule I.D of Your Honor's Individual Rules of Practice to request a three-day extension of Defendants' time (from February 25 until March 2) to respond to Your Honor's Court Order.  *See* Dkt. No. 20.  Defendants request this extension because both the supervising attorney working on the matter, David Greenhaus, Esq., and our primary client contact, are out of town on vacation this week.  Our expectation is we will be connecting with our client no later than Monday, February 28.

      This is Defendants' first request for an extension to respond to this Order.  Thank you for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

/s/ *Heather L. Hulkower*

Heather L. Hulkower

HLH/

4873-9679-8992, v. 1

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
February 25, 2022