# GODDARD LAW PLLC

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

March 9, 2022

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

      Re:    **Gelles v. SintecMedia, NYC, Inc., et al.**
               **Case No.: 1:21-cv-08578-RA**

Dear Judge Abrams:

      The undersigned represents Plaintiff Caitlin Gelles ("Plaintiff"), in the above-referenced matter. Plaintiff writes, with the consent of Defendant SintecMedia, NYC, Inc.'s counsel, to respectfully request a thirty-day extension of the current deadline of March 10, 2022, up to and until April 10, 2022, by which Plaintiff should file a letter describing her efforts made to obtain addresses for the Yarden Defendants.

      Since the filing of Plaintiff's letter requesting an extension of time to serve the Yarden Defendants, she has contacted an international process server [DGR Legal] to continue her attempts to obtain addresses for the Yarden Defendants and start the process of serving the Yarden Defendants in Israel. The parties have also participated in a Mediation on March 9, 2022, that is currently ongoing. Plaintiff respectfully requests that she is granted this extension while the parties continue to engage in efforts to resolve this matter.

      We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,
GODDARD LAW PLLC
*Attorney for Plaintiff*

By: *Megan S. Goddard*
     Megan S. Goddard, Esq.

---

Application granted. By April 10, 2022, Plaintiff shall submit a letter stating whether she has successfully served the Yarden Defendants, and, if she has not, the efforts she undertook to serve them.

SO ORDERED.

_____
Hon. Ronnie Abrams
March 10, 2022