USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAITLIN GELLES,

                Plaintiff,

      v.

SINTECMEDIA, NYC, INC. d/b/a
OPERATIVE, LORNE BROWN, LANCE
RONCALLI, JASON WITT, AMOTZ
YARDEN, and ADORAM YARDEN,

                Defendants.

No. 21-CV-8578 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      By order dated February 18, 2022, the Court extended Plaintiff's deadline to serve the Yarden Defendants to April 18, 2022. On March 10, 2022, the Court ordered Plaintiff to submit a status update by April 10 explaining whether she has successfully served the Yarden Defendants, and, if she has not, the efforts she undertook to serve them. The Court has not received an update from Plaintiff. She shall file such an update by April 15, 2022. If Plaintiff has not yet served the Yarden Defendants, she shall set forth in her letter the basis for why an additional extension of time is warranted.

SO ORDERED.

Dated:    April 12, 2022
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge