USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAITLIN GELLES,

                Plaintiff,

       v.

SINTECMEDIA, NYC, INC. d/b/a OPERATIVE, LORNE BROWN, LANCE RONCALLI, JASON WITT, AMOTZ YARDEN, and ADORAM YARDEN,

                Defendants.

No. 21-CV-8578 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      It has been reported to the Court by the Mediator's Office that mediation was successful in this case. Although the Yarden Defendants did not participate in mediation, as they have not yet been served, Plaintiff indicated in her letter of April 21, 2022 that she intends to dismiss her claims against those defendants once the settlement agreement is finalized. Accordingly, by no later than May 31, 2022, the parties shall either file a notice or stipulation of dismissal or update the Court as to the progress of finalizing the dismissal of this case. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

SO ORDERED.

Dated:    May 9, 2022
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge